**SEALED**

**FILED**
AUG 2 0 2024

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2023
AUGUST 20, 2024 SESSION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:24-cr-00136
18 U.S.C § 922(g)(1)
18 U.S.C § 924(a)(8)

RICKY STEVE JOHN

### INDICTMENT

The Grand Jury Charges:

1. On or about March 20, 2024, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant RICKY STEVE JOHN did knowingly possess a firearm, that is, a Ruger, model EC9, 9 mm caliber, semi-automatic pistol, in and affecting interstate commerce.

2. At the time defendant RICKY STEVE JOHN possessed the aforesaid firearm, he knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year, as defined in 18 U.S.C. § 921(a)(20), that is, convicted on or about July 21, 2016, in the Circuit Court of Kanawha County, West Virginia, of the felony offense of voluntary manslaughter, in violation of W. Va. Code § 61-2-4.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## NOTICE OF FORFEITURE

1. The allegation contained in this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

2. Pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure, upon the conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8), defendant RICKY STEVE JOHN shall forfeit to the United States any firearms involved in or used in such offense, including but not limited to a Ruger, model EC9, 9 mm caliber, semi-automatic pistol, SN: 462-33683 seized from defendant on March 20, 2024.

WILLIAM S. THOMPSON
United States Attorney

By: _____
ALEXANDER A. REDMON
Assistant United States Attorney