IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL ACTION NO. 2:24-cr-00136 |
| RICKY STEVE JOHN, | ) |
| Defendant. | ) |

## ORDER

The United States Marshals Office has advised the Court that Defendant Ricky Steve John is in federal custody; therefore, it is hereby **ORDERED** the **Indictment** (ECF Doc. 1) is **UNSEALED**.

**ENTERED**: September 12, 2024.



Omar J. Aboulhosn
United States Magistrate Judge